**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| JUAN COLLAZO | : | DOCKET NO. 18-cv-0107 |
| REG. # 22102-075 | | SECTION P |
| VERSUS | : | JUDGE JAMES |
| CALVIN JOHNSON | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent determination of the issues and review of the record, including the plaintiff's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED** that the petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers this 19th day of June, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE